Application **GRANTED**.  The conference scheduled for January 22, 2025, is **ADJOURNED** to **March 18, 2025, at 3:00 P.M.**  The conference will be held **IN PERSON** at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106 before Judge Lorna G. Schofield.  If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.  The parties' deadline to submit the joint letter and the proposed civil case management plan is extended to **March 11, 2025**.

Dated: January 15, 2025
      New York, New York

           LORNA G. SCHOFIELD
           UNITED STATES DISTRICT JUDGE

    **Re:**    *Ashley Francis v. 400 Park Ave Co. LLC, Li___ LLC and Empire Jointstar, Inc.*

          **Docket No. 1:24-cv-08378 (LGS)(SDA)**

Dear Judge Schofield:

    We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to adjourn the January 22, 2025 conference to a date after March 14, 2025.  The reason for this request is that plaintiff recently amended the complaint to name Empire Jointstar, Inc. as the proper tenant defendant to this action.  Counsel for Empire Jointstar, Inc. has executed a Rule 4 Waiver of Service of Summons, which provides this defendant with until March 14, 2025 to serve a responsive pleading.  Plaintiff is also in the process of effectuating service of the Amended Complaint upon for the landlord Defendants.  Accordingly, the additional time is necessary to have all the defendants appear in this action.  This is the first application for this relief.

    Thank you for your time and attention to this matter.  With kindest regards, I am

                very truly yours,

                Glen H. Parker, Esq.