UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ASHLEY FRANCIS,
                           Plaintiff,

-against-                        24 Civ. 8378 (LGS)

                                         ORDER

400 PARK AVE CO. LLC, et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for March 18, 2025;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the March 18, 2025, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

      **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**.  The referral will issue in a separate order.

      The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 7, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE